**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV180-W**

| | |
|---|---|
| **THOMAS RUTHERFOORD, INC.,** )<br> )<br> **Plaintiff,** )<br> )<br>vs. )<br> )     <u>**ORDER**</u><br>**ARTHUR L. COLLEY,** )<br> )<br> **Defendant.** )<br>_____ ) | |

    **THIS MATTER** is before the Court on Plaintiff's "Motion[s] for Admission Pro Hac Vice [of Todd A. Leeson and Gregory D. Habeeb]" (documents ##8 and 9) filed September 11, 2007. For the reasons set forth therein, the Motions will be **GRANTED**.

    <u>All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure</u>.

    The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Frank D. Whitney</u>.

    **SO ORDERED**.

                                      Signed: September 11, 2007

                                      */s/ Carl Horn, III*
                                      Carl Horn, III
                                      United States Magistrate Judge